961 A.2d 1228

**Derrick CAMPBELL, Petitioner**

**v.**

**SEPTA, Respondent.**

**No. 146 EM 2008.**

Supreme Court of Pennsylvania.

Dec. 3, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December, 2008, the Petition for Relief, treated as a Petition for Review, is **DENIED.**

961 A.2d 1228

**John COZZONE, Petitioner**

**v.**

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 138 EM 2008.**

Supreme Court of Pennsylvania.

Dec. 3, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of December, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**